## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN DeHART, )<br>)<br>    Plaintiff and )<br>    Counter Defendant )<br>)<br>v. )<br>)<br>BOARD OF COUNTY COMMISSIONERS )<br>OF RILEY COUNTY, KANSAS, )<br>)<br>    Defendant and )<br>    Counter Claimant )<br>_____) | Case No. 19-4022-HLT-KGG |

**COUNTERCLAIM DEFENDANT'S ANSWER TO COUNTER CLAIMANT'S ANSWER AND COUNTERCLAIMS**

COMES NOW, the Plaintiff, by and through his counsel of record, Stephen D. Lanterman and Ryan M. Brungardt of the law firm of SLOAN, EISENBARTH, GLASSMAN, MCENTIRE & JARBOE, LLC, and for his Answer to the Defendant's Counterclaim, alleges and states as follows:

1. Plaintiff denies each and every allegation alleged in Defendant's Counterclaim unless hereafter specifically admitted.

2. In response to the allegations of paragraph 24 of the Counterclaim, Plaintiff admits that he was terminated by Riley County on or about August 18, 2017.

3. In response to the allegations of paragraph 25 of the Counterclaim Plaintiff denies receiving a final paycheck in the amount of $692.84 and has no record of the same. Plaintiff denies all other allegations contained in paragraph 25.

    4.    In response to the allegations of paragraph 26 of the Counterclaim, Plaintiff admits that he received a letter from Riley County dated September 21, 2017.  The Remaining allegations contained in paragraph 26 are denied .

    5.    In response to the allegations of paragraph 27 of the Counterclaim, Plaintiff admits that he has not paid the County $692.84, but denies any allegations of an overpayment. To the extent that there are any other allegations contained in paragraph 27, Plaintiff denies the same.

## AFFIRMATIVE DEFENSES

    1.    Plaintiff asserts the affirmative defenses of estoppel, latches, waiver, set off and failure to state a claim upon which relief may be granted.

    2.    By filing this Answer to Counterclaims, Plaintiff does not waive and specifically reserves the right to plead such other matters that may constitute an avoidance or an affirmative defense which may upon full discovery properly lie.

    WHEREFORE, Plaintiff requests that Defendant take naught by its pretended claims for relief and that Plaintiff be awarded judgment for its costs, including reasonable attorney fees, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Ryan M. Brungardt*
Stephen D. Lanterman, #18844
Ryan M. Brungardt, #27600
SLOAN, EISENBARTH, GLASSMAN,
 McENTIRE & JARBOE, L.L.C.
534 S Kansas Avenue, Suite 1000
Topeka, KS  66603-3456
Telephone: (785) 357-6311
Facsimile:  (785) 357-0152
rbrungardt@sloanlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

David R. Cooper, #16690
Lauren E. Laushman, #25776
Fisher, Patterson, Sayler & Smith, LLP
3550 SW 5th Street
Topeka, KS 66606
(785) 232-7761
dcooper@fisherpatterson.com
llaushman@fisherpatterson.com

By: */s/ Ryan M. Brungardt*
Ryan M. Brungardt, #27600