## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN DeHART, )<br>)<br>        Plaintiff and )<br>        Counter Defendant )<br>)<br>v. )<br>)<br>BOARD OF COUNTY COMMISSIONERS )<br>OF RILEY COUNTY, KANSAS, )<br>)<br>        Defendant and )<br>        Counter Claimant )<br>) | Case No. 19-4022-HLT-KGG |

### NOTICE OF SERVICE OF
### PLAINTIFF STEVEN DeHART'S
### INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(a)

COMES NOW the plaintiff, Steven DeHart, by and through his attorneys of record, Stephen D. Lanterman and Ryan M. Brungardt of the firm of SLOAN, EISENBARTH, GLASSMAN, MCENTIRE & JARBOE, L.L.C., and hereby certifies that the Plaintiffs' Initial Disclosures Pursuant to FRCP Rule 26(a)(1) were sent via electronic mail on the 31st day of May, 2019, to David R. Cooper and Lauren E. Laushman of the law firm of Fisher, Patterson, Sayler & Smith, L.L.P., 3550 S.W. 5th Street, Topeka, Kansas, 66606.

An original printed version of the Plaintiff's Initial Disclosures along with a copy of the documents noted in Plaintiffs' Initial Disclosures Pursuant to FRCP Rule 26(a)(1) were sent to counsel via regular mail on the 31st day of May, 2019.

Respectfully submitted,

SLOAN, EISENBARTH, GLASSMAN,
    MCENTIRE & JARBOE, L.L.C.
534 S. Kansas Avenue, Suite 1000
Topeka, KS   66603
Office: (785) 357-6311
Fax:     (785) 357-0152

By: s/ Ryan M. Brungardt
    Stephen D. Lanterman, KS #18844
    Ryan M. Brungardt, KS #27600
    slanterman@sloanlawfirm.com
    rbrungardt@sloanlawfirm.com
    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

David R. Cooper, #16690
Lauren E. Laushman, #25776
Fisher, Patterson, Sayler & Smith, LLP
3550 SW 5th Street
Topeka, KS 66606
(785) 232-7761
dcooper@fisherpatterson.com
llaushman@fisherpatterson.com

    s/ Ryan M. Brungardt
    Ryan M. Brungardt, KS #27600
    SLOAN, EISENBARTH, GLASSMAN,
        MCENTIRE & JARBOE, L.L.C.
    534 S. Kansas Avenue, Suite 1000
    Topeka, KS   66603
    Office: (785) 357-6311
    Fax:     (785) 357-0152
    rbrungardt@sloanlawfirm.com
    ATTORNEYS FOR PLAINTIFF