# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

STEVEN DEHART,

                Plaintiff,

vs.                                          Case No. 5:19-cv-04022-HLT-KGG

COUNTY BOARD OF COMMISSIONERS
OF RILEY COUNTY,

                Defendant.

## Notice of Service

Defendant notifies the court and counsel that on this 21st day of June, 2019, it has electronically served Rule 26(a)(1) Disclosure documents to Stephen D. Lanterman and Ryan M. Brungardt, counsel for plaintiffs.

        **FISHER, PATTERSON, SAYLER & SMITH, LLP**
        3550 S.W. 5th Street
        Topeka, Kansas 66606
        Tel: (785) 232-7761 | Fax: (785) 232-6604
        dcooper@fisherpatterson.com
        llaushman@fisherpatterson.com

        **s/Lauren E. Laushman**
        David R. Cooper                     #16690
        Lauren E. Laushman             #25776
        **Attorneys for Defendant**

## Certificate of Service

I hereby certify that I electronically filed the foregoing on the 21st day of June, 2019, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

    Stephen D. Lanterman & Ryan M. Brungardt
    slanterm@sloanlawfirm.com | rbrungardt@sloanlawfirm.com

                                                **/s/Lauren E. Laushman**