# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

STEVEN DEHART,

    Plaintiff and Counter Defendant,

    vs.                                                Case No. 5:19-cv-04022-HLT-KGG

COUNTY BOARD OF COMMISSIONERS
OF RILEY COUNTY,

    Defendant and Counter Claimant.

## Notice to Take Deposition

TO:    The parties above named and their respective attorneys of record:

You, and each of you, will take notice that defendant will take the deposition of **Steven DeHart**, commencing at **9:00 a.m.**, on the **1st** day of **October, 2019**. Said deposition will be taken by stenographic means at the law offices of Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC, 534 South Kansas Avenue, Suite 1000, Topeka, Kansas, and will continue from day to day until said deposition is complete.

                                                  **FISHER, PATTERSON, SAYLER & SMITH, LLP**
                                                  3550 S.W. 5th Street
                                                  Topeka, Kansas 66606
                                                  Tel: (785) 232-7761 | Fax: (785) 232-6604
                                                  dcooper@fisherpatterson.com
                                                  llaushman@fisherpatterson.com

                                                  **s/David R. Cooper**
                                                  David R. Cooper                #16690
                                                  Lauren E. Laushman        #25776
                                                  **Attorneys for Defendant**

## Certificate of Service

  I hereby certify that I electronically filed the foregoing on the 9th day of September, 2019, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

  Stephen D. Lanterman, #18844
  Ryan M. Brungardt, #27600
  Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC
  534 South Kansas Avenue, Suite 1000
  Topeka, Kansas 66603-3432
  Off: (785) 357-6311 | Fax: (785) 357-0152
  slanterm@sloanlawfirm.com | rbrungardt@sloanlawfirm.com

               **/s/David R. Cooper**