## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STEVEN DEHART,

    Plaintiff and Counter Defendant,

    vs.                                            Case No. 5:19-cv-04022-HLT-KGG

COUNTY BOARD OF COMMISSIONERS
OF RILEY COUNTY,

    Defendant and Counter Claimant.

## NOTICE OF RULE 29 STIPULATION REGARDING DISCOVERY

Defendant, County Board of Commissioners of Riley County, submit this notice to advise the Court that Plaintiff and Defendant have stipulated, pursuant to K.S.A. 60-229(b), that Defendant will be granted an extension of time, up to an including October 1, 2019, within which to respond to Plaintiff's First Requests for Discovery.

                                        **FISHER, PATTERSON, SAYLER & SMITH, LLP**
                                        3550 S.W. 5th Street
                                        Topeka, Kansas 66606
                                        Tel: (785) 232-7761 | Fax: (785) 232-6604
                                        dcooper@fisherpatterson.com
                                        llaushman@fisherpatterson.com

                                        **s/Lauren E. Laushman**

| David R. Cooper | #16690 |
|---|---:|
| Lauren E. Laushman | #25776 |
| **Attorneys for Defendant** | |

{T0463345}                                          - 1 -

## Certificate of Service

      I hereby certify that I electronically filed the foregoing on the 23rd day of September, 2019, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

    Stephen D. Lanterman, #18844
    Ryan M. Brungardt, #27600
    Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC
    534 South Kansas Avenue, Suite 1000
    Topeka Kansas 66603-3432
    Off: (785) 357-6311 | Fax: (785) 357-0152
    slanterm@sloanlawfirm.com | rbrungardt@sloanlawfirm.com

                                              **/s/Lauren E. Laushman**