**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

STEVEN DEHART,

    Plaintiff and Counter Defendant,

  vs.                                       Case No. 5:19-cv-04022-HLT-KGG

COUNTY BOARD OF COMMISSIONERS
OF RILEY COUNTY,

    Defendant and Counter Claimant.

---

**Notice to Take Continued Deposition**

TO:    The parties above named and their respective attorneys of record:

    You, and each of you, will take notice that defendant will take the continued deposition of **Steven DeHart**, commencing at **9:00 a.m.**, on the **11th** day of **December, 2019**. Said deposition will be taken by stenographic means at the law offices of Fisher, Patterson, Sayler & Smith, LLP, 3550 SW 5th Street, Topeka, Kansas 66603, and will continue from day to day until said deposition is complete.

                                              **FISHER, PATTERSON, SAYLER & SMITH, LLP**
                                              3550 S.W. 5th Street
                                              Topeka, Kansas 66606
                                              Tel: (785) 232-7761 | Fax: (785) 232-6604
                                              dcooper@fisherpatterson.com

                                              **s/David R. Cooper**
                                              David R. Cooper             #16690
                                              **Attorney for Defendant**

## Certificate of Service

      I hereby certify that I electronically filed the foregoing on the 9th day of December, 2019, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

    Stephen D. Lanterman, #18844
    Ryan M. Brungardt, #27600
    Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC
    534 South Kansas Avenue, Suite 1000
    Topeka, Kansas 66603-3432
    Off: (785) 357-6311 | Fax: (785) 357-0152
    slanterm@sloanlawfirm.com | rbrungardt@sloanlawfirm.com

                                          **/s/David R. Cooper**