IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN DEHART,
    Plaintiff and Counter Defendant,

vs.                                                    Case No. 5:19-cv-04022-HLT-KGG

COUNTY BOARD OF COMMISSIONERS
OF RILEY COUNTY,
    Defendant and Counter Claimant.

## Motion for Summary Judgment

Defendant moves, pursuant to Fed. R. Civ. P. 56 for judgment as a matter of law as to all claims by plaintiff. A supporting memorandum follows.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fisherpatterson.com

**s/David R. Cooper**
David R. Cooper                           #16690
**Attorney for Defendant**

## Certificate of Service

I hereby certify that I electronically filed the foregoing on the 20th day of January, 2020, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

    Stephen D. Lanterman, #18844
    Ryan M. Brungardt, #27600
    Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC
    534 South Kansas Avenue, Suite 1000
    Topeka Kansas 66603-3432
    Off: (785) 357-6311 | Fax: (785) 357-0152
    slanterm@sloanlawfirm.com | rbrungardt@sloanlawfirm.com

                                                              **/s/David R. Cooper**