UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN DEHART, ) | |
| ) | |
| Plaintiff and ) | |
| Counter Defendant ) | |
| ) | |
| v. ) | Case No. 5:19-CV-4022-HLT-KGG |
| ) | |
| BOARD OF COUNTY ) | |
| COMMISSIONERS OF RILEY ) | |
| COUNTY, KANSAS, ) | |
| ) | |
| Defendant and ) | |
| Counter Claimant ) | |
| _____) | |

## ENTRY OF APPEARANCE

COMES NOW Kelly J. Trussell, of Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C., and hereby enters her appearance as additional counsel on behalf of Plaintiff.

Respectfully submitted,

SLOAN, EISENBARTH, GLASSMAN,
 McENTIRE & JARBOE, L.L.C.
534 S. Kansas Ave., Ste. 1000
Topeka, KS 66603
(785) 357-6311
(785) 357-0152
ktrussell@sloanlawfirm.com

*/s/ Kelly J. Trussell*
KELLY J. TRUSSELL, #23161
Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 28th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

  David R. Cooper, #16690
  Fisher, Patterson, Sayler & Smith, LLP
  3550 SW 5th Street
  Topeka, KS 66606
  (785) 232-7761
  dcooper@fisherpatterson.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None

                   */s/ Kelly J. Trussell*