IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN DEHART

Plaintiffs

Case No: 19-CV-04022-HLT

vs.

BOARD OF COUNTY COMMISSIONERS OF RILEY COUNTY, KANSAS

Defendants,

## NOTICE OF WITHDRAWAL OF APPEARANCE

COMES NOW Attorney Ryan M. Brungardt and hereby withdraws as counsel of record for Plaintiff pursuant to D. Kan. 83.5.5(b). Said party/parties will continue to be represented by Attorney Kelly J. Trussell. In addition to service of this Notice on counsel of record and any *pro se* parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on, July 28, 2020.

Respectfully Submitted,

By: s\Ryan M. Brungardt

Bar registration number: 27600

Address: 534 S. Kansas Ave., Ste. 1000
Topeka, KS 66603

Contact information: 785-357-6311

rbrungardt@sloanlawfirm.com

CERTIFICATE OF SERVICE

I certify that on this **28th** day of **July**, 20 **20** I electronically filed this Notice of Withdrawal of Appearance with the Court using the CM/ECF system, which sent notice of electronic filing to the following:

David R. Cooper
Fisher, Patterson, Sayler & Smith, LLP
3550 SW 5th St., Topeka, KS 66606
dcooper@fisherpatterson.com

I also mailed a copy [or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2)] to:

Steven Dehart
13810 Carnahan
Olsburg, KS 66520
dehart_h20@yahoo.com

s/ Ryan M. Brungardt