**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

STEVEN DEHART,

    Plaintiff and Counter Defendant,

vs.                                               Case No. 5:19-cv-04022-HLT-KGG

COUNTY BOARD OF COMMISSIONERS
OF RILEY COUNTY,

    Defendant and Counter Claimant.

**Stipulation of Dismissal**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties who have appeared hereby stipulate that all claims by plaintiff against defendant, and all claims by defendant against plaintiff are hereby dismissed with prejudice. The parties shall bear their own costs and fees.

| s/Stephen D. Lanterman | s/David R. Cooper |
|---|---|
| Stephen D. Lanterman, #18844 | David R. Cooper  #16690 |
| Kelly J. Trussell, #23161 | Fisher, Patterson, Sayler & Smith, LLP |
| Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC | 3550 S.W. 5th Street |
| 534 South Kansas Avenue, Suite 1000 | Topeka, Kansas 66606 |
| Topeka Kansas 66603-3432 | (785) 232-7761 \| (785) 232-6604 (fax) |
| Off: (785) 357-6311 \| Fax: (785) 357-0152 | dcooper@fisherpatterson.com |
| slanterm@sloanlawfirm.com | *Attorneys for Defendant* |
| ktrussell@sloanlawfirm.com | |
| *Attorneys for Plaintiff* | |